**Vincent K. Tylor's "M-25 Kaanapali Beach"**



**HawaiianCruisers.com  Screen Capture**



EXHIBIT B

## HawaiianCruisers.com  Screen Capture



**Vincent K. Tylor's "M-13 Lahaina at Dusk"**



**HawaiianCruisers.com  Screen Captures**





